■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER TURNER, Appellant. [730 NYS2d 235] —Appeals by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Ohlig, J.), imposed September 7, 1999, and a resentence of the same court, imposed April 28, 2000, on the ground of excessiveness.

Ordered that the appeal from the sentence is dismissed, as the sentence was superseded by the resentence; and it is further,

Ordered that the resentence is affirmed. No opinion. Bracken, P. J., Altman, McGinity, H. Miller and Adams, JJ., concur.